UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEMAJ BECKER,

    Plaintiff,

v.

                                    Case No. 23-cv-10292
                                    Hon. Matthew F. Leitman

MARSHALL'S, INC.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT MELVILLE CORPORATION WITHOUT PREJUDICE

On June 6, 2023, the Court entered an Order directing Plaintiff Semaj Becker to Show Cause why this action should not be dismissed as to Defendant Melville Corporation for failure to prosecute. (*See* Order, ECF No. 8.) In that order, the Court instructed Becker that he was to file a response by no later than June 20, 2023, and explained that "failure to respond may result in dismissal of the case." (*Id.*, PageID.55.) Becker failed to respond to the Court's order. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute as to Defendant Melville Corporation.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 21, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126